### 4831. HOLTON *v.* HEBARD CYPRESS COMPANY.

POTTLE, J. This case is controlled by the decision of this court in *Elliott v. Tifton Mill & Gin Co.,* 12 *Ga. App.* 498 (77 S. E. 667), and the decision of the Supreme Court in *Commercial Guano Co.* v. *Neather,* 114 *Ga.* 416 (40 S. E. 299). An adult servant was injured by coming in contact with a revolving shaft upon which was a set-screw which caught in the servant's clothing. *Held,* that the danger of coming into proximity to the shafting was obvious to a person of the servant's age and experience, and it was not incumbent upon the master to give him warning with respect thereto. A nonsuit was properly awarded.

*Judgment affirmed.*

DECIDED AUGUST 25, 1913.

Action for damages; from city court of Waycross—Judge Mc-Donald. January 22, 1913.

*W. W. Bennett,* for plaintiff.

*Wilson, Bennett & Lambdin,* for defendant.

---

### 4833. ATKINSON *et al.,* receivers, *v.* KENNEDY.

HILL, C. J. Where a train stops short of the station after the name of the station has been called, and a passenger, believing that the station has been reached, gets off in the darkness, and is injured by falling into a ditch or deep cut, whether the railroad company was negligent in not warning the passenger that the station had not been reached, and whether the passenger was negligent in alighting at the place where the train had stopped, without assuring himself that the station had been reached or that the place was safe, are questions of fact that should be submitted to the jury. *Miller* v. *East Tenn., Va. & Ga. Ry. Co.,* 93 *Ga.* 630 (21 S. E. 153); Baltimore & Ohio Southwestern R. Co. *v.* Mullen, 217 Ill. 203 (75 N. E. 474, 2 L. R. A. (N. S.) 115, 3 Ann. Cas. 1015). A petition alleging in substance the foregoing facts was not subject to demurrer.        *Judgment affirmed.*

DECIDED AUGUST 25, 1913.

Action for damages; from city court of Thomasville—Judge W. H. Hammond. March 24, 1913.

*Rosser & Brandon, J. H. Merrill,* for plaintiffs in error.

*Theodore Titus,* contra.